**STATE of Missouri, Appellant.**

v.

**Freddie C. RUSSELL, Respondent.**

**No. WD 74715.**

Missouri Court of Appeals, Western District.

April 16, 2013.

Evan J. Buchheim, Jefferson City, MO, for appellant.

Ellen H. Flottman, Columbia, Mo, for respondent.

Before Division Two: KAREN KING MITCHELL, Presiding Judge, THOMAS H. NEWTON and LISA WHITE HARDWICK, Judges.

**ORDER**

PER CURIAM.

Freddie Russell appeals his convictions for possession of methamphetamine and an attempt to manufacture methamphetamine. Russell contends the circuit court erred in: (1) denying his motion to suppress evidence obtained from a search of his garage; and (2) failing to intervene, *sua sponte,* during the prosecutor's closing argument. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the convictions.

AFFIRMED. Rule 30.25(b).